IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ACS PARTNERS, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICON GROUP, INC., and )<br>MICHAEL CAPUTO, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:09-cv-464 |

## JOINT NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, ACS Partners, LLC and Defendant, Michael Caputo, file this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), advising the Court that the parties have reached an amicable settlement of the disputes between them and that this case should be dismissed with prejudice, with each party to bear its own fees and costs.

Dated this the 21st day of May, 2010.

| | |
|---|---|
| s/Steven J. Whitehead<br>Georgia Bar No. 755480<br>*Attorneys for Plaintiff*<br>BARNES & THORNBURG LLP<br>Suite 1150<br>3343 Peachtree Rd.<br>Atlanta, GA 30326<br>Tel: 404.264.4045<br>Fax: 404.264.4033<br>E-mail: steve.whitehead@btlaw.com | s/Robert C. Dortch, Jr.<br>Robert C. Dortch, Jr.<br>*Attorney for Defendant*<br>SELLERS, HINSHAW, AYERS,<br>   DORTCH & LYONS, P.A.<br>301 S. McDowell Street, Suite 410<br>Charlotte, North Carolina 28204<br>Tel: 704-377-5050 |

s/Michael L. Wade, Jr.
North Carolina Bar No. 33520
*Attorneys for Plaintiff*
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
201 S. College Street, Suite 2300
Charlotte, NC 28244
Tel: (704) 342-2588

Fax: (704) 342-4379
E-mail: michael.wade@ogletreedeakins.com

## CERTIFICATE OF SERVICE

I, Michael L. Wade, Jr., hereby certify that on this 21st day of May, 2010, I electronically filed the foregoing **JOINT NOTICE OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following persons:

>Robert C. Dortch, Jr.
>*Attorney for Michael Caputo*
>SELLERS, HINSHAW, AYERS, DORTCH & LYONS, P.A.
>301 S. McDowell Street, suite 410
>Charlotte, North Carolina 28204
>Telephone: (704) 377-5050
>Facsimile: (704) 339-0172
>Email: bdortch@sellershinshaw.com
>
>Lex M. Erwin
>*Attorney for Americon Group, Inc.*
>ERWIN & ELEAZER, PA
>831 East Morehead Street, Suite 840
>Charlotte, North Carolina 28202
>Telephone: (704) 369-7900
>Facsimile: (704) 335-5499
>Email: lerwin@eelaw.net

>s/Michael L. Wade, Jr.
>North Carolina Bar No. 33520
>*Attorney for Plaintiff*
>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>201 S. College Street, Suite 2300
>Charlotte, NC  28244
>Tel: (704) 342-2588
>Fax: (704) 342-4379
>E-mail: michael.wade@ogletreedeakins.com